**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Edge River Incorporated** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA Grease Monkey** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4881353** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3750 Island Club Drive #5**  **North Port, FL 34288**  Number, Street, City, State & ZIP Code | _____  P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarasota**  County | **Location of principal assets, if different from principal place of business**  **243 Tamiami Trail Port Charlotte, FL 33953**  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Edge River Incorporated**        Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__1191__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Edge River Incorporated**      Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Edge River Incorporated**  Case number (*if known*)
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Edge River Incorporated** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 12, 2024**
MM / DD / YYYY

**X** **/s/ Stephen T. Van Bergen**                                **Stephen T. Van Bergen**
Signature of authorized representative of debtor                     Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ David S. Jennis**                                    Date  **January 12, 2024**
Signature of attorney for debtor                                      MM / DD / YYYY

**David S. Jennis 775940**
Printed name

**David Jennis, PA d/b/a Jennis Morse**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 229-2800**      Email address  **ecf@JennisLaw.com**

**775940 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Edge River Incorporated** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advance Auto Parts** PO Box 742063 Atlanta, GA 30374 | | Trade debt | | | | $8,591.30 |
| **AutoZone, Inc.** PO Box 791409 Baltimore, MD 21279 | | Trade debt | | | | $1,109.87 |
| **Best Line Oil Company** 219 N. 20th Street Tampa, FL 33605 | | Trade debt | | | | $1,001.50 |
| **Chase Ink** PO Box 15123 Wilmington, DE 19850 | | Credit card purchases | | | | $97,257.82 |
| **Cintas Corporation** PO Box 625737 Cincinnati, OH 45263 | | Trade debt | | | | $1,200.00 |
| **ExxonMobil** PO Box 841067 Dallas, TX 75284 | | Trade debt | | | | $897.29 |
| **Forward Financing, LLC** 53 State Street 20th Floor Boston, MA 02109 | | Business debt | Unliquidated Disputed | | | $75,000.00 |
| **Grease Monkey Franchising, LLC** 7450 E. Progress Place Greenwood Village, CO 80111 | | Franchise fees | Unliquidated Disputed | | | $0.00 |
| **IPFS Corporation** PO Box 412086 Kansas City, MO 64141 | | Insurance | | | | $9,422.40 |

Debtor **Edge River Incorporated**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Legacy Capital Lending** <br> **167 Professional Drive** <br> **Clarkesville, GA 30523** | | | | | | **$0.00** |
| **O'Reilly Auto Parts** <br> **233 South Patterson Ave.** <br> **Springfield, MO 65802** | | **Trade debt** | | | | **$2,108.84** |
| **Tandem Bank** <br> **2356 Main Street** <br> **Tucker, GA 30084** | | **A/C recharge machine, transmission fluid exchange machine, power stearing fluid exchange machine, coolant fluid exchange machine, bay lift, vacuum sta** | | **$126,160.00** | **Unknown** | **Unknown** |
| **Technology at Work** <br> **7995 Mercantile Street** <br> **North Fort Myers, FL 33917** | | **Trade debt** | | | | **$471.67** |
| **U.S. Small Business Admin.** <br> **SBA Disaster Loan Svs. Ctr** <br> **2 North Street** <br> **Suite 320** <br> **Birmingham, AL 35203** | | **A/C recharge machine, transmission fluid exchange machine, power stearing fluid exchange machine, coolant fluid exchange machine, bay lift, vacuum sta** | | **$132,400.00** | **Unknown** | **Unknown** |
| **United Community Bank** <br> **2 West Washington Street** <br> **Suite 700** <br> **Greenville, SC 29601** | | **A/C recharge machine, transmission fluid exchange machine, power stearing fluid exchange machine, coolant fluid exchange machine, bay lift, vacuum sta** | | **$50,385.00** | **Unknown** | **Unknown** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

# United States Bankruptcy Court
## Middle District of Florida

In re: **Edge River Incorporated**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen T. Van Bergen**<br>**3750 Island Club Drive**<br>**Apt. 5**<br>**North Port, FL 34288** | **Common** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 12, 2024**

Signature **/s/ Stephen T. Van Bergen**
**Stephen T. Van Bergen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| | | |
|---|---|---|
| Edge River Incorporated<br>3750 Island Club Drive #5<br>North Port, FL 34288 | ExxonMobil<br>PO Box 841067<br>Dallas, TX 75284 | O'Reilly Auto Parts<br>233 South Patterson Ave.<br>Springfield, MO 65802 |
| David S. Jennis<br>David Jennis, PA d/b/a Jennis Morse<br>606 East Madison Street<br>Tampa, FL 33602 | Florida Power & Light<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Stephen T. Van Bergen<br>3750 Island Club Drive<br>Apt. 5<br>North Port, FL 34288 |
| Advance Auto Parts<br>PO Box 742063<br>Atlanta, GA 30374 | Forward Financing, LLC<br>53 State Street<br>20th Floor<br>Boston, MA 02109 | Stephen T. Van Bergen<br>3750 Island Club Drive<br>Apt. 5<br>North Port, FL 34288 |
| AutoZone, Inc.<br>PO Box 791409<br>Baltimore, MD 21279 | Grease Monkey Franchising, LLC<br>7450 E. Progress Place<br>Greenwood Village, CO 80111 | Stephen T. Van Bergen<br>3750 Island Club Drive<br>Apt. 5<br>North Port, FL 34288 |
| Best Line Oil Company<br>219 N. 20th Street<br>Tampa, FL 33605 | Grease Monkey Franchising, LLC<br>7450 E. Progress Place<br>Greenwood Village, CO 80111 | Tandem Bank<br>2356 Main Street<br>Tucker, GA 30084 |
| Charlotte County Utilities<br>25550 Harborview Road<br>Punta Gorda, FL 33980 | IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141 | Technology at Work<br>7995 Mercantile Street<br>North Fort Myers, FL 33917 |
| Chase Ink<br>PO Box 15123<br>Wilmington, DE 19850 | Ladybug Capital, LLC<br>6329 Deer Run Road<br>North Port, FL 34291 | U.S. Small Business Admin.<br>SBA Disaster Loan Svs. Ctr<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| Cintas Corporation<br>PO Box 625737<br>Cincinnati, OH 45263 | Legacy Capital Lending<br>167 Professional Drive<br>Clarkesville, GA 30523 | U.S. Small Business Admin.<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |
| DRB Systems<br>3245 Pickle Road<br>Akron, OH 44312 | Levy & Hinkley, CPA<br>408 W. Belt Line Road<br>Cedar Hill, TX 75104 | U.S. Small Business Admin.<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 |

U.S. Small Business Admin.
2 North Street
Suite 320
Birmingham, AL 35203


United Community Bank
2 West Washington Street
Suite 700
Greenville, SC 29601


United Community Bank
125 E. Broad Street
Greenville, SC 29601